# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MICROSOFT CORPORATION,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**BOX-Q INC.,**  )<br>a Massachusetts corporation a/k/a  )<br>**BOX Q ELECTRONICS; and**  )<br>**JOHN QUINTILIANI, an individual,**  )<br>)<br>**Defendants.**  )<br>) | **Civil Action No.**<br>**12-10860-FDS** |

## ORDER ON MOTION FOR ENTRY OF PERMANENT INJUNCTION

**SAYLOR, J.**

This Court hereby orders that a permanent injunction be issued in accordance with the stipulated permanent injunction filed with the Court and attached hereto as an exhibit.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: January 16, 2013